FILED
United States Court of Appeals
Tenth Circuit

May 4, 2015

Elisabeth A. Shumaker
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT
_____

L.A. DAVIS; SARAH DAVIS, husband
and wife, d/b/a D&D Equipment,

    Plaintiffs - Appellants,

v.

SECRETARY UNITED STATES
DEPARTMENT OF THE AIR FORCE,

    Defendant - Appellee.

No. 14-2142
(D.C. No. 2:13-CV-00982-WJ-CG)
(D. New Mexico)

_____

ORDER AND JUDGMENT[*]
_____

Before **GORSUCH**, **McKAY**, and **BACHARACH**, Circuit Judges.
_____

The district court dismissed this action under the Federal Tort Claims Act,

holding in part that the FTCA's time limits are jurisdictional and not subject to

equitable tolling. During the pendency of this appeal, the Supreme Court has held in

*United States v. Wong*, Nos. 13-1074, 13-1075, 2015 WL 1808750 (U.S. Apr. 22,

2015), that the FTCA's time limits are nonjurisdictional and subject to equitable

---

[*]    The Court has determined that oral argument would not materially aid our
consideration of the appeal. *See* Fed. R. App. P. 34(a)(2)(C); 10th Cir. R. 34.1(G).
Thus, we have decided the appeal based on the briefs. Our order and judgment does
not constitute binding precedent except under the doctrines of law of the case, res
judicata, and collateral estoppel.

tolling. In light of the Supreme Court's decision in *Wong*, the parties agree that this case should be remanded to the district court for further proceedings. We agree. The action is remanded to the district court for further proceedings in light of the Supreme Court's decision in *Wong*.

Entered for the Court

Robert E. Bacharach
Circuit Judge